83,313-01

Drew Patterson # 02530060

1200 Baker Street

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

Houston Tx 77002

6 MIA

Requesting i Writtens Rulings

filed on all motions between

Oct 2013 - Current Date in

time

Status of i Community Supervision

I certify and approve this

msg

7-17-15

X Drew M Patterson



RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

Request Written Ruling

on all motions filed

between OCT 2013-

Current Date in time

Patterson, Drew

# 02530060 / 6M1A

1200 Baker St

Houston, Tx 77002

I Certify and approve this

Msg

X Drew M Patterson

7-18-2015